**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KELIA MCCLEARY-BROADNAX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:25-cv-348-TFM-MU** |
| | ) | |
| **SELENE FINANCE, LP, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM OPINION AND ORDER**

On April 27, 2026, the Magistrate Judge entered a Report and Recommendation which recommends the Defendants' motions to dismiss (Docs. 7, 12) be granted and this case dismissed with prejudice. *See* Doc. 31. On May 7, 2026, Plaintiff filed objections and a motion to amend complaint. *See* Docs. 32, 33. Defendants filed their response in opposition to the motion to amend and the response to objections. *See* Docs. 35, 36. Plaintiff then sought leave to file a reply brief which the Court granted. *See* Docs. 37, 38. 39. The Report and Recommendation is ripe for review.

Having reviewed the objections, the Court finds that they raise the same arguments already rejected by the Magistrate Judge and do not overcome the well-reasoned analysis contained in the Report and Recommendation. The Court finds that Defendants raise a good point on whether or not they are sufficiently specific to warrant a de novo review. *See* Doc. 36 at 2-3. However, regardless, the Court applied a de novo review and still finds that the objections fail and are therefore overruled.

The Court now reviews whether to allow Plaintiff to amend her complaint. Having reviewed the motion and response in opposition, the Court finds that the amendment would be

futile and therefore, the motion to amend (Doc. 32) is **DENIED**.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, the motions to dismiss (Docs. 7, 12) are **GRANTED** and this case is **DISMISSED with prejudice**.

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 22nd day of September, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE