**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KELIA MCCLEARY-BROADNAX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:25-cv-348-TFM-MU** |
| | ) | |
| **SELENE FINANCE, LP, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM OPINION AND ORDER / FINAL JUDGMENT**

On September 22, 2026, the Court entered its Memorandum Opinion and Order along with a final judgment in the case. *See* Docs. 40, 41. On September 29, 2026, Plaintiff filed her Motion to Alter or Amend Judgment Under Federal Rule of Civil Procedure 59(e) and Renewed Motion for Leave to Amend (Doc. 42, filed 9/29/26). For the reasons discussed below, both requests are **DENIED**.

"The only grounds for granting [a Rule 59] motion are newly-discovered evidence or manifest errors of law or fact." *United States v. Marion*, 562 F.3d 1330, 1335 (11th Cir. 2009) (per curiam) (quoting *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (per curiam), *cert. denied*, 552 U.S. 1040, 128 S. Ct. 660, 169 L. Ed. 2d 511 (2007)). "[A] Rule 59(e) motion [cannot be used] to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." *Arthur*, 500 F.3d at 1343 (quoting *Michael Linet, Inc. v. Vill. of Wellington*, 408 F.3d 757, 763 (11th Cir. 2005)). Further, a motion under Rule 59 must be filed no later than 28 days after the entry of judgment. FED. R. CIV. P. 59(b).

The Court finds nothing in the request that causes it to question its determinations in the prior opinion. Further, the Court finds no manifest errors of law or fact. Accordingly, Plaintiff's

motion for reconsideration is **DENIED** under Rule 59. Additionally, the Court had already considered Plaintiff's request for an additional opportunity to amend and found that the attempt would be futile. Nothing in the current motion changes that analysis. Therefore the renewed request to amend is also **DENIED**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket sheet as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case remains closed.

**DONE** and **ORDERED** this 17th day of November, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE